24358 24IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| JASON THIELE, | CASE NO. 18-CV-4081 |
| Plaintiff, | |
| vs. | **DEFENDANT FONA INTERNATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| BASF CORP., ET AL., | |
| Defendants. | |

Defendant, FONA International, Inc., through its undersigned counsel, submits the following Corporate Disclosure Statement pursuant to Fed.R.Civ.P. 7.4:

FONA International, Inc. has no parent corporations. Additionally, no publicly held company or publicly held investment fund owns 10% or more of FONA International, Inc.

        CRARY HUFF RINGGENBERG
        HARTNETT & STORM, P.C.

By:   */s/ Daniel L. Hartnett*
      Daniel L. Hartnett, AT0003363
      329 Pierce Street, Ste. 200
      PO Box 27
      Sioux City, Iowa 51102
      Telephone: 712.277.4561
      Fax: 712.277.4605
      dhartnett@craryhuff.com

      And

Ronald B. Lee
*(will be filing for pro hac admission)*
rlee@ralaw.com
Moira H. Pietrowski
*(will be filing for pro hac admission)*
mpietrowski@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
Telephone: 330.376.2700
Facsimile: 330.376.4577
*Attorneys for Defendant FONA International, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of November, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

*/s/ Daniel L. Hartnett*
Daniel L. Hartnett, AT0003363