| | |
|---|---|
| JASON THEILE ) | |
| ) | |
| Plaintiff, ) | Case No. 18-CV-4081 |
| ) | |
| v. ) | |
| ) | |
| BASF CORP.; BERJE, INC.; CARMI ) FLAVOR AND FRAGRANCE COMPANY, ) INC.; CENTROME, INC. (d/b/a ADVANCED ) BIOTECH, INC.); CITRUS & ALLIED ) ESSENCES, LTD.; DSM FOOD ) SPECIALTIES USA, INC.; FIRMENICH ) INCORPORATED; FLEURCHEM, INC.; ) FONA INTERNATIONAL, INC.; GIVAUDAN ) (f/k/a TASTEMAKER, FRIES) & FRIES, ) MALLINCKRODT);INTERNATIONAL ) FLAVORS & FRAGRANCES, INC. (f/k/a ) BUSH BOAKE & ALLEN, INC. KERRY ) FLAVOR SYSTEMS US, LLC (f/k/a ) CARGILL FLAVOR SYSTEMS; SKW ) FLAVORS & FRUIT SYSTEMS ) MANUFACTURING; DEGUSSA ) FLAVORS; ) ALEX FRIES, INC.; O'LAUGHLIN ) INDUSTRIES, INC.;PENTA ) MANUFACTURING CO., INC.; PHOENIX ) AROMAS & ESSENTIAL OILS HOLDINGS,) INC.; SENSIENT FLAVORS ) INTERNATIONAL, INC.; SIGMA- ALDRICH, ) INC.; SYMRISE, INC. ) | **CORPORATE DISCLOSURE STATEMENT OF SENSIENT FLAVORS INTERNATIONAL, INC.** |
| ) | |
| and ) | |
| ) | |
| JOHN DOES 1 - 20 ) Addresses unknown ) | |
| ) | |
| Defendants. ) | |

Defendant, Sensient Flavors International, Inc. (Sensient),[1] provides the following information to the Court:

---

[1] Sensient Flavors International, Inc. is not a proper party defendant. Any of the business that would have been transacted that is relevant to the allegations of the Complaint in the above-captioned matter would

1

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that are either related to the defendant, Sensient, as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the defendant, Sensient's outcome in the case:*

| Entity Name | Country of Jurisdiction of Incorporation | Business Group |
|---|---|---|
| PT. Sensient Technologies Indonesia | Indonesia | Asia Pacific Division |
| Sensient India Private Limited | India | Asia Pacific Division |
| Sensient Technologies (Philippines), Inc. | Philippines | Asia Pacific Division |
| Sensient Technologies (Thailand), Ltd. | Thailand | Asia Pacific Division |
| Sensient Technologies Asia Pacific Pte Ltd | Singapore | Asia Pacific Division |
| Sensient Technologies Australia Pty Ltd | Australia | Asia Pacific Division |
| Sensient Technologies Corporation (China) Limited | China | Asia Pacific Division |
| Sensient Technologies Corporation (Japan) | Japan | Asia Pacific Division |
| Sensient Technologies Hong Kong Limited | China | Asia Pacific Division |
| Pointing Color Inc. | United States | Color Group |
| Pointing Limited | United Kingdom | Color Group |
| Sensient Colors Canada Ltd. | Canada | Color Group |
| Sensient Colors Europe GmbH | Germany | Color Group |
| Sensient Colors International LLC | United States | Color Group |
| Sensient Colors LLC | United States | Color Group |
| Sensient Colors S.A. | Argentina | Color Group |
| Sensient Colors S.A. de C.V. | Mexico | Color Group |
| Sensient Colors UK Ltd | United Kingdom | Color Group |
| Sensient Cosmetic Technologies | France | Color Group |
| Sensient Cosmetic Technologies Brazil | Brazil | Color Group |
| Sensient Cosmetic Technologies Poland, Sp. z.o.o. | Poland | Color Group |

have been conducted by Sensient Flavors LLC. Sensient Flavors International, Inc. interposes this Corporate Disclosure Statement without prejudice to its right to seek dismissal and substitution of the proper party at a later date.

2

| Entity Name | Country of Jurisdiction of Incorporation | Business Group |
|---|---|---|
| Sensient Food Colors Czech Republic CZ s.r.o. | Czech Republic | Color Group |
| Sensient Food Colors Hungary KFT | Hungary | Color Group |
| Sensient Food Colors Italy S.r.l. | Italy | Color Group |
| Sensient Food Colors Poland Sp. z.o.o. | Poland | Color Group |
| Sensient Food Colors The Netherlands B.V. | Netherlands | Color Group |
| Sensient Imaging Technologies Inc. | United States | Color Group |
| Sensient Imaging Technologies S.A. | Switzerland | Color Group |
| Sensient Imaging Technologies S.A. de C.V. | Mexico | Color Group |
| Sensient Natural Colors Peru S.A.C. | Peru | Color Group |
| SENSIENT TECHNOLOGIES MENA FZE | United Arab Emirates | Color Group |
| Sensient Technologies Morocco | Morocco | Color Group |
| Sensient Technologies South Africa (Proprietary) Limited | South Africa | Color Group / Flavors & Fragrances Group |
| Marelle S.A.R.L. | Luxembourg | Corporate Group |
| Pointing Holdings Limited | United Kingdom | Corporate Group |
| Pointing International Limited | United Kingdom | Corporate Group |
| Mazza Innovation Ltd. | Canada | Corporate Group |
| Sensient Finance (Alberta) Limited Partnership | Canada | Corporate Group |
| Sensient Finance Ireland DAC | Ireland | Corporate Group |
| Sensient Finance Luxembourg S.a.r.l. | Luxembourg | Corporate Group |
| Sensient Global LLC | United States | Corporate Group |
| Sensient Holding (Alberta) Limited Partnership | Canada | Corporate Group |
| Sensient Holding Company LLC | United States | Corporate Group |

| Entity Name | Country of Jurisdiction of Incorporation | Business Group |
|---|---|---|
| Sensient Holdings Malta Limited | Malta | Corporate Group |
| Sensient Holdings UK | United Kingdom | Corporate Group |
| Sensient Receivables LLC | United States | Corporate Group |
| Sensient Technologies (Alberta) Limited Partnership | Canada | Corporate Group |
| Sensient Technologies Corporation | United States | Corporate Group |
| Sensient Technologies C.V. | Netherlands | Corporate Group |
| Sensient Technologies Holding Company LLC | United States | Corporate Group |
| Sensient Technologies Holding Deutschland GmbH | Germany | Corporate Group |
| Sensient Technologies Limited | United Kingdom | Corporate Group |
| Sensient Technologies Luxembourg S.a.r.l. | Luxembourg | Corporate Group |
| Sensient Technologies Real Estate GmbH | Germany | Corporate Group |
| Sensient Wisconsin L.L.C. | United States | Corporate Group |
| Universal Holdings Cayman | Cayman Islands | Corporate Group |
| Fonsen Administradora de Fondos, A.C. | Mexico | Flavors & Fragrances Group |
| Promavil NV | Belgium | Flavors & Fragrances Group |
| Sensient Costa Rica S.R.L. | Costa Rica | Flavors & Fragrances Group |
| Sensient European Shared Services Center, s.r.o. | Czech Republic | Flavors & Fragrances Group |
| Sensient Flavors & Fragrances GmbH & Co. K.G. | Germany | Flavors & Fragrances Group |
| Sensient Flavors & Fragrances SAS | France | Flavors & Fragrances Group |
| Sensient Flavors Austria GmbH | Austria | Flavors & Fragrances Group |
| Sensient Flavors Belgium NV | Belgium | Flavors & Fragrances Group |
| Sensient Flavors Canada Inc. | Canada | Flavors & Fragrances Group |
| Sensient Flavors Central America S.R.L. | Costa Rica | Flavors & Fragrances Group |

| Entity Name | Country of Jurisdiction of Incorporation | Business Group |
|---|---|---|
| Sensient Flavors GmbH | Germany | Flavors & Fragrances Group |
| Sensient Flavors International, Inc. | United States | Flavors & Fragrances Group |
| Sensient Flavors Italy S.r.l. | Italy | Flavors & Fragrances Group |
| Sensient Flavors Limited | United Kingdom | Flavors & Fragrances Group |
| Sensient Flavors LLC | United States | Flavors & Fragrances Group |
| Sensient Flavors Mexico, S.A. de C.V. | Mexico | Flavors & Fragrances Group |
| Sensient Flavors Poland Sp.z.o.o. | Poland | Flavors & Fragrances Group |
| Sensient Flavors Scandinavia AB | Sweden | Flavors & Fragrances Group |
| Sensient Flavors Ukraine | Ukraine | Flavors & Fragrances Group |
| Sensient Flavours & Fragrances Industry & Trade Limited Company (Turkey) | Turkey | Flavors & Fragrances Group |
| Sensient Fragrances Guatemala, S.A. | Guatemala | Flavors & Fragrances Group |
| Sensient Fragrances Mexico, S.A. de C.V. | Mexico | Flavors & Fragrances Group |
| Sensient Fragrances, S.A. | Spain | Flavors & Fragrances Group |
| Sensient Holding I B.V. | Netherlands | Flavors & Fragrances Group |
| Sensient Holding II B.V. | Netherlands | Flavors & Fragrances Group |
| Sensient Holding III B.V. | Netherlands | Flavors & Fragrances Group |
| Sensient Natural Ingredients (Qingdao) Co., Ltd. | China | Flavors & Fragrances Group |
| Sensient Natural Ingredients LLC | United States | Flavors & Fragrances Group |
| Sensient Savory Flavors France | France | Flavors & Fragrances Group |
| Sensient Technologies Brasil Ltda. | Brazil | Flavors & Fragrances Group |
| Sensient Technologies Colombia Ltda. | Colombia | Flavors & Fragrances Group |
| Sensient Vermögensverwaltungsgesellschaft mbH | Germany | Flavors & Fragrances Group |

(b)     *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:*

Sensient Flavors LLC owns eighty-eight percent, and Sensient Colors LLC twelve percent, of the stock of Sensient Flavors International Inc., and both Sensient Flavors LLC and Sensient Colors LLC are wholly owned subsidiaries of Sensient Technologies Corporation, which is a publically traded company.

Dated this 14th day of November, 2018.

**FITZGIBBONS LAW FIRM**

By: s/Matthew Early
Matthew T. E. Early, Esq.
Email:   mearly@fitzgibbonslawfirm.com
108 N. 7th Street
Estherville, Iowa 51334
Ph:        (712) 362-7215
Fax:       (712) 362-3526

Attorneys for Defendant, Sensient Flavors International, Inc.

**MICHAEL BEST & FRIEDRICH LLP**
Paul E. Benson, Esq.  (*pro hac vice* materials forthcoming)
Email:  pebenson@michaelbest.com
Lee M. Seese, Esq. (*pro hac vice* materials forthcoming)
Email:  lmseese@michaelbest.com
100 East Wisconsin Avenue, Suite 3300
Milwaukee, Wisconsin  53202-4108
Ph:     (414) 271-6560
Fax:    (414) 277-0656