# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | | |
|---|---|---|
| JASON THEILE, | ) | CASE NO. 5:18-CV-04081-LTS |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | GIVAUDAN FLAVORS CORPORATION'S |
| | ) | CORPORATE DISCLOSURE |
| BASF CORP., *et al.*, | ) | STATEMENT |
| | ) | |
| Defendants. | ) | |
| | ) | |

As required by LR 7.1, Defendant Givaudan Flavors Corporation ("Givaudan") provides the following information to the Court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to Givaudan as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in Givaudan's outcome in the case*:

    1) Givaudan Flavors and Fragrances, Inc.;
    2) Givaudan United States, Inc.;
    3) Givaudan SA.

(b) *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both*:

    1) Givaudan Flavors and Fragrances, Inc. is the parent corporation of Defendant Givaudan Flavors Corporation. Neither of these corporations are publicly traded.

    2) Givaudan United States, Inc. is the parent corporation of Givaudan Flavors and Fragrances, Inc. Givaudan United States, Inc. is not publicly traded.

    3) Givaudan SA is the ultimate parent corporation of Givaudan Flavors Corporation, Givaudan Flavors and Fragrances, Inc., and Givaudan United States, Inc. Givaudan SA is publicly traded on the Swiss Stock Exchange.

1

Dated this 14th day of November, 2018.

                GIVAUDAN FLAVORS CORP., Defendant

                By: /s/ Matthew M. Enenbach
                    Robert M. Slovek (AT0012445)
                    Matthew E. Enenbach (AT0012613)
                    KUTAK ROCK LLP
                    The Omaha Building
                    1650 Farnam Street
                    Omaha, NE 68102-2186
                    (402) 346-6000
                    Robert.Slovek@kutakrock.com
                    Matthew.Enenbach@kutakrock.com

                    Kimberly E. Ramundo (*pro hac vice to be filed*)
                    THOMPSON HINE LLP
                    312 Walnut Street, Suite 1400
                    Cincinnati, OH 45202
                    Telephone: (513) 352-6656
                    Facsimile: (513) 241-4771
                    Kim.Ramundo@ThompsonHine.com

                    *Attorneys for Defendant*
                    *Givaudan Flavors Corporation*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 14, 2018, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF System which shall send notification of such filing to all counsel of record.

                                                      /s/ Matthew M. Enenbach