# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | | |
|---|---|---|
| Jason Thiele, | : | Case No. 5:18-cv-04081 (LTS) |
|       Plaintiff, | : | |
| v. | : | |
| BASF Corp., *et al.*, | : | |
|       Defendants. | : | |

## DEFENDANT KERRY FLAVOR SYSTEMS US, LLC'S CORPORATE DISCLOSURE/STATEMENT OF INTEREST

As required by LR 7.1 Defendant Kerry Flavor Systems US, LLC provides the following information to the Court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to Defendant Kerry Flavor Systems US, LLC as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in Defendant Kerry Flavor Systems US, LLC's outcome in the case:

- Kerry Inc. is the sole member of Kerry Flavor Systems US, LLC. Kerry Inc. is a subsidiary of Kerry Holding Co., a Delaware corporation, which is a subsidiary of Kerry Group plc, a public limited company of Ireland.

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

- Kerry Inc. is the sole member of Kerry Flavor Systems US, LLC. Kerry Inc. is a subsidiary of Kerry Holding Co., a Delaware corporation, which is a subsidiary of Kerry Group plc, a public limited company of Ireland.

Date: November 14, 2018          Respectfully submitted,

/s/ Nancy J. Penner          AT0006146
Shuttleworth & Ingersoll, P.L.C.
115 3rd St. SE, Suite 500
Cedar Rapids, IA 52401
Telephone: (319) 365-9461
Fax: (319) 365-8443
E-mail: njp@shuttleworthlaw.com

- and -

Joyce D. Edelman (*pro hac vice motion forthcoming*)
Jason T. Gerken (*pro hac vice motion forthcoming*)
Ryan L. Graham (*pro hac vice motion forthcoming*)
Porter Wright Morris & Arthur LLP
41 South High Street, Suite 2900
Columbus, OH 43215
Telephone: (614) 227-2083
Fax: (614) 227-2100
E-mail: jedelman@porterwright.com
         jgerken@porterwright.com
         rgraham@porterwright.com

*Attorneys for Defendant Kerry Flavor Systems US, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2018, the foregoing was electronically filed with the Court and was served – through the Court's Electronic Case Filing ("ECF") system – on all counsel of record.

/s/Haley Fauconniere