UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| JASON THIELE, | ) | Case No.   18-CV-4081-LTS |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BASF CORP.; et al | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

## **DEFENDANT SYMRISE INC.'S STATEMENT OF INTEREST**

As required by LR 7.1 and LR 81.1(c), and (d), Symrise Inc. provides the following information to the court:

(a)   *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to Symrise Inc. as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in this defendant's outcome in the case.*

Symrise Holding, Inc.

Symrise Inc.'s counsel has reviewed the "Conflict List" published for District Judge Leonard T. Strand. None of the companies identified on that list has a direct or indirect pecuniary interest in Symrise Inc.

(b)   *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both*:

Symrise Holding, Inc. is the sole shareholder of Symrise Inc.

Respectfully Submitted By:

*/s/ Richard A. Stefani*

Richard A. Stefani
Gray, Stefani & Mitvalsky, P.L.C.
425 Second Street SE, Suite 700
P.O. Box 456
Cedar Rapids, Iowa 52406-0456
(319) 364-9555
(319) 364-1562
rickstefani@gsmlawyers.com

David E. Kawala
Ronald L. Wisniewski
Swanson, Martin & Bell, LLP
330 North Wabash, Suite 3300
Chicago, IL 60611
(312) 321-9100
Fax (312) 321-0990
dkawala@smbtrials.com
rwisniewski@smbtrials.com

## CERTIFICATION OF SERVICE

    I certify that on November 15, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all parties. Parties may access this filing through the Court's system.

By: */s/ Richard A. Stefani*
      Richard A. Stefani, Esq.