

# Franklin County Sheriff's Office
## Affidavit of Service

JASON THIELE )
**Petitioner/Plaintiff** )
)
-vs- ) Case #: 18CV4081
) Service #: 1894436
GIVAUDAN )
**Respondent/Defendant** )
)

STATE OF OHIO )
) SS:
COUNTY OF FRANKLIN )

Tami J Stimpfle, being first duly sworn, deposes and says: That he/she is, and was at all times hereinafter mentioned, a duly appointed, qualified as an acting Deputy Sheriff of Franklin County, State of Ohio, a citizen of the United States, not a party to, nor interested in, the above entitled action; that on 10/25/2018, at the hour of 10:56 AM affiant as such Deputy Sheriff served a copy/copies of Out Of State Service 1 out of state summons, and 1 out of state complaint issued in the above entitled action upon Givaudan by delivering to and leaving with said person Residential Service Brandi at 4400 Easton Commons Way Ste 125 Ct Corporation System Columbus, Oh 43219 within the County of Franklin, State of Ohio.

Brandi

Dallas L. Baldwin, Sheriff of Franklin County

By: _____
TAMI J STIMPFLE
DEPUTY SHERIFF

JANET HORNSBY
Notary Public, State of Ohio
My Commission Expires 10-17-2023

Subscribed and Sworn to before me this:
9th of November, 2018.

_____
Notary Public, State of Ohio

Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa
Western Division

| | |
|---|---|
| JASON THIELE <br> _Plaintiff_ <br> v. <br> BASF CORP.; BERJE, INC.; CARMI FLAVOR AND FRAGRANCE COMPANY, INC.; CENTROME, INC. (d/b/a ADVANCED BIOTECH, INC.); CITRUS & ALLIED ESSENCES, LTD.; (See attached sheet for additional Defendants.) <br> _Defendant_ | ) ) ) ) ) ) ) ) ) Civil Action No. 18-CV-4081 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* GIVAUDAN (f/k/a TASTEMAKER, FRIES & FRIES, MALLINCKRODT)
c/o CT Corporation System
4400 Easton Commons Way, Suite 125
Columbus, OH 43219

[Stamp: 2018 OCT 24 AM 10:14 FRANKLIN COUNTY SHERIFF]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 30 days if you are the State of Iowa — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Dennis M. McElwain, AT0005253
Smith & McElwain Law Office
505 Fifth Street, Suite 530
P.O. Box 1194
Sioux City, Iowa 51102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 09/13/2018

_Signature of Clerk or Deputy Clerk_