IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| JASON THIELE, | ) | Case No. 5:18-cv-04081 |
| | ) | |
| Plaintiff, | ) | Chief Judge Leonard T. Strand |
| | ) | |
| vs. | ) | Magistrate Judge Kelly Mahoney |
| | ) | |
| BASF CORPORATION, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **CORPORATE DISCLOSURE STATEMENT**

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the defendant's outcome in the case*:

Penta International Corporation dba Penta Manufacturing Co., Inc.

(*b*) *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both*:

Penta International Corporation is a New Jersey Corporation that does business as Penta Manufacturing Co. In the Complaint, Plaintiff incorrectly named Penta Manufacturing Co., Inc.

        Respectfully submitted,

        */s/ Douglas Phillips*
        Douglas Phillips
        Timothy Clausen
        Klass Law Firm, L.L.P.
        4280 Sergeant Road Mayfair Center
        Suite 290 Sioux City, IA 51106
        712-252-1866, Ext. 230
        phillips@klasslaw.com
        clausen@klasslaw.com

Jason F. Meyer *(pro hac vice forthcoming)* (Lead Counsel)
J. Todd Konold *(pro hac vice forthcoming)*
GORDON REES SCULLY MANSUKHANI, LLP
101 West Broadway, Suite 2000
San Diego, CA 92101
(619) 696-6700
jmeyer@grsm.com
tkonold@grsm.com

Tyler Tarney *(pro hac vice forthcoming)*
GORDON REES SCULLY MANSUKHANI, LLP
41 South High Street, Suite 2495
Columbus, Ohio 43215
(614) 340-5558
ttarney@grsm.com
*Attorneys for Defendant Penta International Corporation dba Penta Manufacturing Co. (incorrectly named and served as Penta Manufacturing Co., Inc.)*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the U.S. District Court, Southern District of Iowa, Western Division, on November 19, 2018, and served upon all parties who have appeared in this matter and registered with ECF via the court's electronic filing system.

*/s/ Douglas Phillips*
Douglas Phillips

3" = "3" "8011176_Transition/41175127v.1" ""
8011176_Transition/41175127v.1

Case 5:18-cv-04081-LTS-KEM   Document 58   Filed 11/19/18   Page 2 of 2