IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| JASON THIELE, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 18-CV-4081-LTS |
| v. | ) ) ) | |
| BASF, et al., | ) ) ) | CORPORATE DISCLOSURE/ STATEMENT OF INTEREST |
| Defendants. | ) ) | |

As required by LR 7.1 and LR 81.c, d, and e, Defendant International Flavors & Fragrances Inc. (f/k/a Bush Boake Allen, Inc.) ("IFF") in this case, provides the following information to the Court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to IFF as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in IFF's outcome in the case:

| NAME OF SUBSIDIARY | INCORPORATED IN |
|---|---|
| International Flavors & Fragrances S.R.L. | Argentina |
| Bush Boake Allen Australia Pty Ltd | Australia |
| IFF Australia Holdings Pty Ltd | Australia |
| International Flavours & Fragrances (Australia) Pty Ltd | Australia |
| Lucas Meyer Cosmetics Australia Pty Ltd | Australia |
| Southern Cross Botanicals Pty Ltd | Australia |
| IFF Essências e Fragrâncias Ltda. | Brazil |
| Bush Boake Allen do Brasil Indústria e Comércio Ltda. | Brazil |
| Fragrance Resources Asia Pacific Ltd. | British Virgin Islands |
| International Flavors & Fragrances (Canada) Ltd. | Canada |
| Lucas Meyer Cosmetics Canada Inc. | Canada |
| Les Laboratories Bio ForeXtra Inc. | Canada |
| David Michael & Company (Canada) 1986 Ltd. | Canada |
| Bush Boake Allen Chile S.A. | Chile |
| IFF Sabores y Fragancias de Chile Ltda. | Chile |

1

| | |
|---|---|
| International Flavors & Fragrances I.F.F. (Chile) Limitada | Chile |
| International Flavors & Fragrances (Hangzhou) Co., Ltd. | China |
| IFF Flavors & Fragrances (Hangzhou) Trading Co., Ltd. | China |
| International Flavors & Fragrances (Zhejiang) Co., Ltd. | China |
| International Flavors & Fragrances (China) Ltd. | China |
| David Michael Hong Kong Limited | China |
| David Michael (Beijing) Flavor Co. Ltd. | China |
| International Flavors & Fragrances (ZhangJiagang) Co., Ltd. | China |
| Fragrance Resources (Shanghai) Co. Ltd. | China |
| IFF Bio-Technology (Nanjing) Co., Ltd. | China |
| International Flavors and Fragrances Colombia S.A.S. | Colombia |
| MISR Company for Aromatic products (S.A.E.) | Egypt |
| A. Boake, Roberts And Company (Holding), Limited | England |
| International Flavours & Fragrances (CIL) Limited | England |
| Bush Boake Allen Enterprises Limited | England |
| Bush Boake Allen Limited | England |
| Bush Boake Allen (Pension Trustees) Limited | England |
| Bush Boake Allen Pension Investments | Limited England |
| Bush Boake Allen Holdings (U.K.) | Limited England |
| IFF Augusta Limited | England |
| IFF Augusta II Limited | England |
| International Flavours & Fragrances (GB) Holdings Limited | England |
| International Flavours & Fragrances I.F.F. (Great Britain) Limited | England |
| International Flavors & Fragrances IFF (France) SAS | France |
| International Flavors & Fragrances France Holding I SAS | France |
| International Flavors & Fragrances France Holding II SAS | France |
| International Flavors & Fragrances France Holding III SAS | France |
| Lucas Meyer Cosmetics | France |
| Institut Européen de Biologie Cellulaire | France |
| David Michael Europe S.A.S. | France |
| Fragrance Resources SAS | France |
| International Flavors & Fragrances IFF (Deutschland) GmbH | Germany |
| IFF Fragrance GmbH | Germany |
| IFF Worldwide (Gibraltar) Limited | Gibraltar |
| International Flavors & Fragrances (Hong Kong) Limited | Hong Kong |
| Essence Scientific Research Private Limited | India |
| Fragrance Holdings Private Limited | India |
| International Flavours & Fragrances India Private Limited | India |
| P.T. Essence Indonesia | Indonesia |
| IFF Capital Services | Ireland |
| IFF Financial Services | Ireland |
| Irish Flavours and Fragrances Limited | Ireland |
| Aromatics Holdings Limited | Ireland |
| International Flavors & Fragrances Irish Acquisition Company Limited | Ireland |

| | |
|---|---|
| International Flavors and Fragrances Ingredients Ltd | Israel |
| BKF Vision Ltd | Israel |
| K-Vision Consulting and Investments Ltd | Israel |
| M.P. Equity Holdings Ltd | Israel |
| International Flavors and Fragrances I.F.F. (Israel) Ltd. | Israel |
| International Flavors e Fragrances IFF (Italia) S.r.l. | Italy |
| International Flavors & Fragrances (Japan) Ltd. | Japan |
| IFF (Korea) Inc. | Korea |
| International Flavors & Fragrances (Luxembourg) S.à r.l. | Luxembourg |
| International Flavors & Fragrances Ardenne S.à r.l. | Luxembourg |
| International Flavors & Fragrances (Malaysia) Sdn. Bhd. | Malaysia |
| International Flavours & Fragrances (Mauritius) Ltd | Mauritius |
| Bush Boake Allen Controladora, S.A. de C.V. | Mexico |
| IFF Mexico Manufactura, S.A. de C.V. | Mexico |
| International Flavors & Fragrances (Mexico), S. de R.L. de C.V. | Mexico |
| Bush Boake Allen Benelux B.V. | Netherlands |
| International Flavors & Fragrances (Nederland) Holding B.V. | Netherlands |
| International Flavors & Fragrances I.F.F. (Nederland) B.V. | Netherlands |
| IFF Luxar C.V. | Netherlands |
| IFF Worldwide C.V. | Netherlands |
| Daivd Michael Netherlands B.V. | Netherlands |
| International Flavours & Fragrances (NZ) Limited | New Zealand |
| Bush Boake Allen (New Zealand) Limited | New Zealand |
| International Flavors & Fragrances (Philippines), Inc. | Philippines |
| International Flavors & Fragrances (Poland) Sp. z o.o. | Poland |
| International Flavors & Fragrances I.F.F. (Rus) | Russia |
| International Flavors & Fragrances (Greater Asia) Pte. Ltd | Singapore |
| Lucas Meyer Cosmetics Asia Pte. Ltd. | Singapore |
| International Flavors and Fragrances IFF (South Africa) | South Africa |
| International Flavors & Fragrances I.F.F. (España), S.A. | Spain |
| IFF Latin American Holdings (España), S.L. | Spain |
| IFF Benicarló, S.L. | Spain |
| International Flavors & Fragrances I.F.F. (Norden) AB | Sweden |
| International Flavours & Fragrances (Thailand) Limited | Thailand |
| IFF Aroma Esans Sanayi Ve Ticaret Anonim ªirketi | Turkey |
| IFF Turkey Aroma Ve Esans Ürünleri Satiº Ticaret Anonim ªirketi | Turkey |
| International Flavors & Fragrances (Middle East) FZ-LLC | United Arab Emirates |
| International Flavors & Fragrances (Vietnam) Limited Liability Company | Vietnam |
| Bush Boake Allen Zimbabwe (Private) Limited | Zimbabwe |
| International Flavors & Fragrances (Zimbabwe) (Private) Ltd. | Zimbabwe |
| Aromor Flavors and Fragrances Inc. | Delaware |
| Asian Investments, Inc. | Delaware |
| Tastepoint Inc. | Delaware |

3

| | |
|---|---|
| IFF Augusta Holdings LLC | Delaware |
| IFF Chemical Holdings Inc. | Delaware |
| IFF Delaware Holdings, LLC | Delaware |
| International Flavors & Fragrances (Caribe) Inc. | Delaware |
| Lucas Meyer Cosmetics USA, Inc. | Delaware |
| International Flavors & Fragrances Holdings, LLC | Delaware |
| Fragrance Resources Inc. | New Jersey |
| IFF International Inc. | New York |
| van Ameringen-Haebler, Inc. | New York |
| Henry H. Ottens Manufacturing Co., Inc. | Pennsylvania |
| David Michael & Co., Inc. | Pennsylvania |
| LHFS, LLC | Pennsylvania |
| Bush Boake Allen Inc. | Virginia |
| Columbia PhytoTechnology LLC | Washington |
| Frutarom Industries Ltd. | Israel |

*(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:*

Upon information and belief, Defendant IFF is the only entity with a direct or indirect interest in the litigation.

Respectfully submitted, this 20th day of November, 2018.

**HEIDMAN LAW FIRM, P.L.L.C.**

*/s/ Jeff W. Wright*
Jeff W. Wright, Esq. AT0008716
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, IA 51102
(712) 255-8838
(712) 258-6714 Fax
jeff.wright@heidmanlaw.com

**WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC**

*/s/ M. Alan Holcomb*
M. Alan Holcomb, Esq. (*Pro Hac Vice*)
Mercedes Logan, Esq. (*Pro Hac Vice*)
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326
(404) 876-2700
(404) 875-9433 Fax
aholcomb@wwhgd.com

*Attorneys for Defendant International Flavors & Fragrances Inc. (f/k/a Bush Boake Allen, Inc.)*

## CERTIFICATE OF SERVICE

I certify that on November 20, 2018, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all parties. Parties may access this filing through the Court's system.

*/s/ Jeff W. Wright*

5

Case 5:18-cv-04081-LTS-KEM   Document 65   Filed 11/20/18   Page 5 of 5