# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| JASON THIELE, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )   **Case No. 18-CV-4081-LTS** |
| v. | ) |
| | ) |
| BASF, et al., | ) |
| | ) |
|     **Defendants.** | ) |

## O'LAUGHLIN INDUSTRIES, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant, O'Laughlin Industries, Inc. ("O'Laughlin"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, submits this Corporate Disclosure Statement:

(i) *The names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the defendant's outcome in the case:*

There are no associations, firms, partnerships, corporations, and other artificial entities related to O'Laughlin Industries, Inc. as a parent, subsidiary, or otherwise that have a direct or indirect pecuniary interest in its outcome in this Action.

(ii) *With respect to each such entity, a description of its connection to or interest in the litigation*:

N/A

Respectfully submitted, this 21st day of November, 2018.

By: */s/Samuel L. Blatnick*
Samuel L. Blatnick     IA# AT0011632
STINSON LEONARD STREET LLP
1201 Walnut Street, Suite 2900
Kansas City, MO  64106
Telephone:  (816) 691-2712
Facsimile:  (816) 412-1039
sam.blatnick@stinson.com

**ATTORNEY FOR O'LAUGHLIN INDUSTRIES, INC.**

## CERTIFICATE OF SERVICE

I certify that on November 21, 2018, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all parties. Parties may access this filing through the Court's system.

*/s/ Samuel L. Blatnick*